BEFORE THE THIRD DIVISION, FEBRUARY 3, 1943

**No. 47987.**—Protest 903217–G of Richter Bros. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material surrounding the hams.

BEFORE THE SECOND DIVISION, FEBRUARY 4, 1943

**No. 47988.**—Protests 615261–G, etc., of A. Rosen & Sons, Inc. (New York).

Opinion by TILSON, J.   It was stipulated that certain of the items in question are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).   Some of the harvest hats were therefore held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5) and those entered or withdrawn for consumption subsequent to the date of the said trade agreement were held dutiable at 12½ percent under paragraph 1504 (b) (5) as claimed.

**No. 47989.**—Protests 492570–G, etc., of John Zimmermann Co. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel that certain of the hats in question are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the protests were sustained.

**No. 47990.**—Protests 544016–G, etc.; of Horace E. Gould & Son, Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel that certain of the hats in question are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the protests were sustained.